for the morning please. 20-2824 from the Eastern District of Arkansas, Gabriel Gonzalez versus United States. Mr. Ali. Good morning your honors and may it please the court. Amir Ali for the appellant Gabriel Gonzalez. I hope to reserve five minutes for rebuttal. Upon dismissing Mr. Gonzalez's pro se complaint in this case the district court's order went on to state quote this dismissal counts as a strike within the meaning of 28 USC section 1915 G and quote it followed that with so ordered. That was unsound for two reasons. First the legal question of whether this dismissal counts as a strike under the text of section 1915 G was not presented and would not be presented absent multiple future contingencies. Second as the government appears to concede the district court's order was wrong. This dismissal does not count as a strike because it was based on sovereign immunity as this court has previously held at the Castillo Alvarez case. Mr. Ali given the things that you're outlining and the case law that would seem to indicate that the proper place for the determination of account or strike is by the subsequent court that would deal with it when there are actually when there is a question of whether there are three. Why wouldn't what you're asking us to do simply be provide advice and produce an advisory opinion to for district courts? Right clear here and I'm sorry I'm gonna back up for one moment but I promise I'll answer your question. Our position in this case is a very modest one. The usual practice of district courts is to give general cautionary language about the existence of 1915 G and the possibility of being barred from court and some courts and we would have no legal objection to that. Some courts go a little further and even say give a recommendation that their dismissal may or likely will count as a strike and we would have no legal objection to that. We could talk about whether that's prudent and whether it's the system that Congress intended to enact but in this case your honor the order that is in this pro se individual's hands and which other courts have sometimes done is unambiguous and it is binding language saying this counts as a strike and I think any pro se individual would take that you know in order from a federal court to mean what it says and so we don't think this is advisory in any sense. We think the district courts decision here was an advisory opinion and and violated article 3 and of course you know this court necessarily has jurisdiction to review something that may be advisory by the federal courts of appeals otherwise article 3 itself would have no teeth. Your honor I think you do pick up on what the government's logic in this case is. So I want to follow up on the Chief's question. Isn't what the district court did dicta? Now that you know and that's what the Sixth Circuit said isn't it just saying more than you need to say? We do that. District courts do that all the time maybe they shouldn't. We can talk about whether that's a good thing or not but if the Chief is right and this is just this is not binding even if it's couched in binding language and we say things that sound binding all the time too that are not essential to the outcome. Why isn't this just plain old dicta? So I think two points your critical to remind to remember that we're talking about a federal court's order and pro se litigants hands saying this counts as a strike and as the Third Circuit recognized as Judge Easterbrook recognized that has consequences. You know the the Third Circuit put it as you know that carries great significance and the gratuitous calling of a strike it said can clearly be damaging and Judge Easterbrook addressed this dicta issue. In fact said it's it's unhelpful to talk about litigation versus dicta which are themselves hard to define right the point Justice Judge Easterbrook said was sure you can call this dicta and I could quote him if you like he says they are dicta in the sense that they are not binding in future litigation but they still aggrieve Hill the plaintiff in that case because they draw a future judge's attention to the suit and may induce the judge to deny IFP status wrongly in the future and so I think the dicta point is is is a distraction and I think your honor it's also just legally unsound and by the way I don't think for these reasons I actually don't think that what that's what Judge Sutton in the Sixth Circuit opinion was saying I think we pass his test this is not a recommendation right the court did not say this may count or I I think a court should consider this in the future when deciding whether it's a strike this said it counts which was different I think the district court in the Sixth Circuit used the word described that he would describe this as a strike and the court seemed to take for granted in its own language that that was recommending a strike this is kind of a fed courts professor dream because it's a really and I was an old fed courts professor it's really a it's one of these ones that really you press on one thing and then a new thing pops up kind of like a whack-a-mole but here's my question wouldn't it more sound way of doing things to be saying this is not right for us and the reason why it's not right for us it's because it's not binding your client gets what he wants it becomes clear that these are not binding on future courts and we don't have to extend out and decide something that is not right yet in other words that for a poet review the three strikes would not be right until the until your client hopefully won't get this has three strikes so two responses to that your honor first you know our argument in this case is that the district court exceeded its authority and answered a question that was not presented in violation of article 3 this court I think it clearly has jurisdiction to answer that question and then in direct response to your question why though I mean I guess I guess right that's that's the question I'm asking if it's if a chief is right and it's not binding why do we have authority to answer a question that has no effect I'm just not sure that I don't want you to if you're right in the district court exceeded its authority I certainly don't want to exceed our authority in answering the question well I guess I you know I think that it's well established the court always has jurisdiction to review the district courts jurisdiction that's why I say would have to answer that question I guess I don't understand where the doctrinal support for the theory of this is a pro se litigant or a litigant who has a order from a court there's no question we've reached final order in the case for this courts jurisdiction the the litigant has an order suggesting that the federal court doors are one step closer to be closing in fact if if if he interprets this to be his third strike he may assume that he can't go to federal court at all so I think there's clearly an injury here as you know both the Third Circuit and judge Easterbrook I don't want to dominate the argument with this point but rightness is a little more flexible it maybe shouldn't be but it's a little more flexible than mootness you have this sort of quasi balancing test you have fit for judicial decision and hardship and even if just judge Easterbrook is right and I'm not sure that he is that there's a hardship here it's not fit for judicial decision until strike number three that's when we actually have a case or and so the argument would be that it's just not right yet for the same reason saying that that wasn't right for the district court to decide it in the first place right so your honor I guess what I would say is just really quickly I think that would put you at odds with the second third and well the Seventh Circuit I don't think the Sixth Circuit went into that question and then I think with respect to the fit for judicial review I think it would be really unfortunate for that to be the case remember we're dealing with a federal court order not only just a federal court order that says it counts as a strike but one that we know is wrong under this court's precedent I think it would be really unfortunate and and strange frankly for this court to say our hands are tied the district court's hands weren't tied in handing that to the litigant and saying this counts as a strike and you're one step closer to being locked out of federal court absent some sort of imminent danger but our hands as the Court of Appeals are somehow tied in correcting that probably correct me if I understand your argument correctly it is that the district court itself didn't have subject matter jurisdiction because this question wasn't right in front of the district court correct that's correct and then we have jurisdiction to review the district court's jurisdiction is that right that's correct your honor all right on a different question let me ask you what do you make of I believe in the Sixth Circuit case they made a distinction between the judgment and the order and in this case this so-called strike thing is not part of the judgment what do you make of that distinction yeah thank you your honor I the government didn't make that argument so we didn't really get into it in our brief but I appreciate the opportunity to address it I think just really quickly as a matter of background the origin of that line in the Sixth Circuit's opinion may be from Judge Easterbrook's opinion in the Seventh Circuit with which the Sixth Circuit was agreeing and there Judge Easterbrook actually took it to be conceded by the parties that only the judgment matters we find that to be a little bit of a head-scratcher to be honest I mean this court regularly reviews and corrects issues that are not in the judgment I mean I think perhaps the most analogous here although it's by no means the only one would be a sanctions order if an attorney is sanctioned in the middle of a proceeding you get to the end of the case you often can't appeal sanctions until the end of the case and the judgments not going to say anything about the sanction it's going to say which party wins and if there's damages what the damages are but of course when the party appeals it's kind of bedrock civil procedure that when you appeal the judgment it opens up the issues that have been decided up to the point of the judgment you know other examples would be partial summary judgment which doesn't typically result in anything in the judgment or other collateral orders that this court you know regularly reviews so I guess I just say I'm confused about that and this court has modified strike orders in the past itself you know I don't want to overdo it but just to put a pin in that argument I think if the district court had said here you know plaintiff you know I hold that if you file another lawsuit the sentence you are presently serving will be doubled so ordered you know I don't think that if we'd appeal this case you would say it wasn't in the judgment it's just in the order so I want to follow up on that question you actually said something in response to the judge Grunder that raised my antenna in an initial question which is there's a very big difference between what was before the district court and before us and I think that's being glossed over in your argument which is they had this the district court had the dismissal in front of it and the dismissal was a live case or controversy and so to the extent that this dismissal was live right if the district court goes ahead and says oh and by the way because of this dismissal there is a strike that doesn't mean that the that the strike part of it was unripe that's a subject matter jurisdiction question it just means that the district court went too far and said too much about the dismissal but we don't have that you didn't appeal the dismissal here so I'm still trying to start I'm struggling with how this case is right for our review because there's no there's there's no live case or controversy before us right now if the strike is not binding you see what I'm saying there's a difference between the procedural posture below and the procedural posture up here your honor I don't think so I understand what you're saying but I don't think that it's a material difference I mean we all agree that the district court had a controversy before it that it resolved the controversy being you know did the complaint state a claim and our point is that this part of the district court's order you know exceeded its jurisdiction because the question it decided wasn't presented so I understand that there is that difference I just don't see how it's material and I think we have made the argument that in saying in deciding purporting to adjudicate this legal question that wasn't presented the district court exceeded its jurisdiction under article 3 and I think that's the question that this court has jurisdiction necessarily to decide and if I may your honors I think I'd like to reserve the remainder of my time for questions. Ms. Smith. May it please your honors and counsel I'm Shannon Smith and I'm an assistant United States Attorney representing the United States in this matter. The United States is asking this court to dismiss the appeal because this issue as you have noted is not right. Should the court deem this issue right the I would respectfully request that the analysis be limited to whether the use of the word strike by the district court was appropriate or not. Not whether this actually operates as a strike of the dismissal on the substantive issue and the only issue that is truly right if the court feels it is is that the word of the strike and the district courts jurisdiction here as noted there is no final decision and it is not reviewable at this time. The appropriate time to file an appeal in this instance is that the fourth or later IFP request is denied based on previous strikes. Counsel what's your what's your response to the position that the appellant is taking and it's it's it's it's not without some some meaning and that is when you're dealing with pro se individuals who aren't necessarily familiar with jurisdictional principles reading in an order that tells them they have a strike when they get the next one they're thinking now I have two instead of only one and and why wouldn't it be appropriate in in in some manner to have in case law the statement that a an order like that entered here is non-binding? Well I don't I don't necessarily disagree with the court's analysis that maybe the the court could indicate that it's non-binding I think the use of the word strike in and of itself is not detrimental to the pro se prisoners in fact in the Seventh Circuit in the Wallace case the prisoner himself noted that he had three strikes but he was moving forward under the imminent danger theory the court as it should looked back retroactively at all of the suits which I believe were 22 in total and deemed that only one or two of those were actually a strike and so in this instance I see the court's concern but the the the burden is on the latter courts to look back retroactively and I don't I don't necessarily believe that the the use of the word strike would have a chilling effect on prisoners who are represented per se. I would disagree with Gonzales on that. In the government's view suppose that the that what the chief says happens and as Mr. Ali says you know the accumulation is at its third strike so let's let's fast forward the district court at its third strike says you know what previous district court said this is a strike, reis cuticata, collateral estoppel, I'm not even gonna look behind the veil here or the curtain and try to figure out whether that's a strike. Would the government agree that that would be improper of the third district court or the third strike? Your honor should that happen with the third district court I would agree however as the law states under 1915 that the latter district court cannot do that they are absolutely required by statute to look back retroactively and determine whether the previous strikes are in fact strikes regardless of the wording. They are to look to the substantive issues of the dismissal and therefore your honor I would submit that I presumably if the district court did that and that would be reversed on appeal but my experience with the district courts or they are well familiar with the law and they look back as they should. So I suppose that the argument of the government would be, and you can correct me if I'm wrong, that what naturally flows from that is the time to appeal it would be when that wrong decision is made after the third strike. If the district court were to say I'm not looking back at those prior strikes then the defendant could appeal and say hey you can't do that and then we could say those earlier determinations were non-binding. Is that kind of the government's argument? I would agree with you in that point that if the court noted that I am refusing to look back the two previous strikes or the three previous strikes to see if in fact substantively they are then yes I think that would be reversible error because they have not followed the law as they should have under 1915. So the question then becomes do we fix it now preemptively because there's some injury or do we fix it later you know because there may be some error that may happen in the future or do we fix it later when that error actually happens and that's that's the question I pose to you why not fix it now? It is it certainly is a splitting hairs argument I will give you that and so my position on that would be is unlike the hypothetical you posed which there is clearly an injury because the court did not do what it was supposed to is right for appeal. Here it is not. We have what may amount to one or two but when it becomes right is only after the third strike and at the fourth request for IFP status then that court should is mandated to do an independent review to look back retroactively to see whether the other strikes are in fact strikes and I will tell you that all of the cases that we've looked at that is exactly what all of the circuits did when the appeals went up. They all looked at the district court and whether they reviewed retroactively and whether it was proper but I believe in this case and it is not right for appeal right now because the fourth IFP status request has not been filed and in fact I mean that's a contingent future event as noted in tech. I mean are we will Mr. Gonzalez ever file another civil action or appeal? We don't know. If he does will he still be in prison? We do not know. Will he request IFP status? We don't know. So basically what Mr. Gonzalez is asking you all to do is to rule on something that it's really not right at this point and so we would argue that this case should be dismissed because it is not right at this point under Snyder, Forstar, Genesis and Parr. If this court does decide to move forward and with the case in determining we would just ask that it be limited to whether the use of word strike was appropriate and we would respectfully urge the court to actually follow the reasoning and in the Simons case out of the out of the Sixth Circuit. It is very clear from the statute and case law that dismissals brought pursuant to 1915 cannot be binding on later courts regardless of the wording. We agree. The reasoning is that reasoning is followed in the Sixth Circuits. In fact district courts as I stated earlier are required to make an independent determination whether any prior dismissals amount to strikes once the fourth request is filed. In Simons the Sixth Circuit conducted a statutory review not constitutional found that no adjudication had occurred. The determination could be reviewed retroactively as is required by the statute and the use of the word strike in and of itself was not determined but mere dicta and certainly not advisory and that is our position here. If the court has issue with the word strike it is merely dicta. In Forstar again they mandate that an independent evaluation is required by the statute and later courts cannot relinquish statutory responsibility. If Congress had wanted these dismissals to be binding it would have said so. Counsel can I ask you a question about the Sixth Circuit decision. This might be getting too far into the weeds but I want to ask it anyways because I was curious about it. I'm puzzled by the fact that Judge Sutton basically concluded it was dicta but then didn't dismiss the appeal. He affirmed the district court. Any sense of why that is? Was the underlying dismissal before the court? I'm just trying to figure out that was an odd disposition given what Judge Sutton had said elsewhere in the opinion. I do not a little unclear from the opinion whether the substantive dismissal was on appeal. I know that Mr. Ali was counsel on this case so he may be better to answer that question. That is one issue that I'm a little unclear as as well why the court did that but in all candidness I've struggled with some of these opinions because some of them say one thing and then at the end they turn around and say something totally different than what it appeared the and continuing on with my argument about that not exceeding its jurisdiction. The district court did not do that for the reasons I just stated. Also in the Harris-Siding-El Shaddai case out of the Ninth Circuit courts should retroactively look to the substance of the dismissal not how the court styled it. The Dacker case out of the Eleventh Circuit actually intimates that some courts welcome some sort of signal by the previous district courts as to whether it is or is not a proper strike and in the Snyder case out of the Second District they noted that strikes are mere observations. Here if the strike designation is wrong it is a later court that must make that review and analysis based upon the reason for the dismissal not because of the word strike. Because of the mandated retroactive review by later courts there has been no adjudication on the strike. That will occur in the future only if there is another fourth IFP status request filed for a civil action or appeal while Mr. Gonzalez is incarcerated. It simply is just not right at this time. It's noticed noted in the Belarus dissent the time to appeal is when the fourth request for IFP has been requested and that side of the Coleman case. I would like to note I think that Mr. Ali stated that we were conceding that the district courts opinion was wrong and I don't think we we addressed that whatsoever so I don't know if by virtue that would deem it conceded but I would note that in this case the substantive dismissal was not appealed so that issue is not right before this court. And even if this court were to look back and view the substantive dismissal I would note that under the FTCA claims which Mr. Gonzalez brought if this court were to remand it back Mr. Gonzalez's complaint cannot prevail and survive under any FTCA analysis. Therefore it would have to be dismissed for failure to state a claim and so here what we have is basically harmless error and that is distinguished and duly because the dismissal itself was appealed and the prisoner should have had the opportunity to amend is what the court found which is not the case here. The only thing that is before this court is whether the use of the word strike is or is not appropriate. The substantive dismissal is not before this court and like many if not all of the other cases it was the substance of the dismissal that was before the courts which gave them a little bit more I think leniency and how they wanted to analyze those cases. Even if the last court denies let's say hypothetically that Mr. Gonzalez meets all the criteria he files the civil complaint or appeal the fourth time before the district court and the district court erroneously counts all of them as strikes and denies his IFP status then it can be appealed and that has been done in all of these circuits and the... Have any of the other courts that have come close to an issue like this have any of them use a harmless error analysis? No your honor. I'll be quite frank from my reading they have not but they there have not been if my memory serves me correctly any of the substantive complaints that were an FTCA claim most of them are constitutional and so that is that is not something that that we can look to. And the reason for that is is that from the Brownback case where the court is a result of that where the court has actually said that every single element of an FTCA claim is sort of subject matter jurisdiction and therefore the Supreme Court and the other courts have sort of by virtue of that merged jurisdiction and the merits together or what what exactly is the reason for that? Why do you reach that conclusion? So I appreciate the the courts enlightening me on that. My position is under the facts of Mr. Gonzalez he's basically saying his legal papers were stolen and he delayed or taken from him and he was not able to pursue his complaint. There is no state law analogy to that. Under the FTCA you have to look to the substantive case law and there just is nothing akin to that. His case actually would be more appropriate as a constitutional argument but it was not brought as a constitutional. So therefore even if this this honorable court were to send it back and remand it it still is going to be dismissed for failure to state a claim because it In summary, the United States is asking this court to dismiss the appeal because the issues are not right and if the court does deem the issues right the US the United States asked this court to deny Gonzalez request and follow the reasoning set forth in the Simons case noting that the use of the word strike is merely dicta and it's not fatal to any further analysis when there are later and strike it at later district courts who analyze the strike. I'm almost out of time if the court has any other questions I'm happy to answer it otherwise I will turn it over to Mr. Ali. I see no questions, thank you Ms. Smith. Mr. Ali. Thank you your honor. Just a few quick points. One, I did not hear the government contest that the conclusion made as to 1915 GRE was wrong. I think there was some quibble with whether it was a concession but still no contesting that under this court's precedent this did not count as a strike even though that's what the federal court says in its order. I don't know if that's true counsel. I think that what the government was saying, and maybe I'm wrong about this, is that we think it's maybe not binding but I heard the government to be saying that the strike was perhaps valid. Maybe I'm wrong about that. Well there's no legal argument to support it behind that statement. Castillo-Alvarez says these sorts of dismissals for immunity are not. Every circuit as far as I'm aware holds that it was wrong and I think that as the Third Circuit recognized that's what we should expect if this is the regime that the court would adopt because the question is not presented and as the Second Circuit and Third Circuit said what you expect then is haphazard analysis of these sorts of things and lack of explanation for them. Well is the FTCA different though? I know I'm eating into your time and that gets to the Brownback question. Is the FTCA different because basically everything under the FTCA is jurisdictional in which case our normal Castillo analysis doesn't apply. So your honor, I didn't see that argument in the government's brief. I guess what I would say is there's no harmless error analysis to Article 3 of the Constitution and I think this is the beauty of what the framers were doing in the Constitution. Decide questions when they're presented and I think Congress probably had good policy reasons, right? It wrote a statute here and in that statute it said it I think that there is good policy reason here for that on top of Article 3's policies and I think what I heard the government admit is that you know this question would never arise absent future contingencies. I think that is fatal to the government's case because that was true when the district court said in its order this counts as a strike. That decides the Article 3 question. If under under the United States, sorry the Supreme Court's Texas case, if this case is very clear, it was not right for the district court and this court has jurisdiction to correct that error. If there are no further questions, your honor, thank you and we urge the court to correct the part of the district court's order stating that this its own dismissal counts as a strike. All right. Thank you, Mr. Ali. Thank you also, Ms. Smith. Court appreciates the argument you've provided us in the briefing that you've submitted on a very interesting issue and we'll do our best with it and render a decision in due course.